**Order entered February 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00148-CV

## IN RE CRAIG LA DARIUS THOMAS, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1170706-T**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen

Before the Court is relator's petition for writ of mandamus. We request that the real

party in interest and respondent file their responses, if any, to the petition **by February 28, 2019.**

/s/    ROBBIE PARTIDA-KIPNESS
       JUSTICE
